HOWARD ALLISON, AS RECEIVER, ETC., RESPONDENT, *v.* WILLIAM E. WELLER, IMPLEADED, ETC., APPELLANT.

*Action by receiver to set aside fraudulent conveyance — judgment debtor proper party to.*

In an action brought by a receiver, appointed in supplementary proceedings, to set aside a conveyance, as fraudulent as against creditors, the judgment debtor is properly made a party defendant.*

* Vanderpoel v. Van Valkenburgh, 6 N. Y., 190; Bostwick v. Menck, 40 id., 383; Shaver v. Brainard, 29 Barb., 25.

APPEAL from an order made at the Special Term, overruling a demurrer to the complaint.

*Hulse, Little & Finn,* for the appellant.

*D. D. McKoon,* for the respondent.

Opinion by DONOHUE, J.

Present — TAPPEN AND DONOHUE, JJ.

Order affirmed.